# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Rick Gring,                                    :
                          Petitioner            :
                                                :
          v.                                    :          Nos. 1545 and 1546 C.D. 2016
                                                :
Workers' Compensation Appeal                    :
Board (Industrial Services, Inc.),              :
                          Respondent            :

# **O R D E R**

NOW, February 1, 2018, upon consideration of petitioner's application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge